In the Matter of the Application of NYAMCO ASSOCIATES, INC., for an Order Directing 7920 19TH AVENUE CORPORATION to Produce and Make Available All Records and Other Data with Respect to Income, and for an Order Directing Payment of Surplus Income, or Such Part Thereof as the Court May Determine, to the Mortgagee, the Said NYAMCO ASSOCIATES, INC., to Apply Toward the Reduction of Any Past Due Principal of the First Mortgage Covering Premises Located at 7920 19th Avenue, Brooklyn, County of Kings, City and State of New York, and Owned by the Said 7920 19TH AVENUE CORPORATION, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. NYAMCO ASSOCIATES, INC., Appellant; 7920 19TH AVENUE CORPORATION, Respondent.— Pursuant to section 1077-c of the Civil Practice Act, a proceeding was brought to compel respondent, the owner of certain mortgaged premises, to pay over to appellant, the holder of a participating interest in the first mortgage thereon, the surplus produced during the six-month period beginning March 1, 1936, and ending August 31, 1936, over and above taxes, interest and other carrying charges. The motion was denied and the movant appeals. Appellant complied with the provisions of section 1077-c in that he showed default in the payment of interest existed at the time of the application. The prime question for consideration is whether or not, during the period stated, the mortgaged premises produced a surplus over and above taxes, interest and other carrying charges. As to this there is sharp conflict; appellant claiming that an inspection of respondent's books and records showed a surplus of $2,931.13; the respondent, that there was a deficit of $328.38. In view of these conflicting claims, proof should have been taken to determine whether there was in fact a surplus. Order reversed on the law and the facts, with ten dollars costs and disbursements, and matter remitted to the Special Term to take proof for the purpose of determining whether there was a surplus, or, in its discretion, to refer the matter to a referee for that purpose. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the BOND AND MORTGAGE GUARANTEE COMPANY. Plan No. 417. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Mortgage Investments in a Certain Mortgage Covering Premises Located at 1271 Fulton Avenue, County of Bronx, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, Guarantee No. 212,356. GEORGE SARDOU, Appellant; CHARLES F. NEERGAARD, Trustee, Respondent.— Order approving an offer to purchase a mortgage and directing the trustee thereof, who was appointed pursuant to a plan of reorganization, to accept said offer, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.